**Order entered October 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00641-CR**
**No. 05-19-00642-CR**

**VIRGIL LAMONT JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-51507-K & F18-51508-K**

## ORDER

Before the Court is appellant's October 14, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion.

By order entered September 23, 2019, the Court ordered the Dallas County District Clerk to file, by October 7, 2019, a supplemental clerk's record in cause no. 05-19-00641-CR containing the bill of costs. To date, the supplemental clerk's record has not been filed.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record in cause no. 05-19-00641-CR containing the bill of costs.

We **ORDER** appellant's brief filed on or before November 15, 2019. If appellant's brief is not filed by November 15, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; and to counsel for the parties

/s/     BILL PEDERSEN, III
JUSTICE